Robert L. Rediger, Esq. (State Bar No. 109392)
Laura C. McHugh, Esq. (State Bar No. 180930)
Lori M. Sandoval, Esq. (State Bar No. 238240)
REDIGER, McHUGH & HUBBERT, LLP
555 Capitol Mall, Suite 1540
Sacramento, California  95814                          **OK/HAV**
Telephone:  (916) 442-0033
Facsimile:  (916) 498-1246

Attorneys for Defendants,
SACRAMENTO RENDERING COMPANY
LOTHAR LEHMANN
MICHAEL PATRICK KOEWLER

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH ZAMORA, ) | CASE NO. 2:05-CV-00789-DFL-KJM |
| ) | |
| Plaintiff, ) | **STIPULATION AND  ORDER** |
| ) | **RESETTING DATES FOR HEARING ON** |
| vs. ) | **DISPOSITIVE MOTIONS, FINAL PRE-** |
| ) | **TRIAL CONFERENCE AND TRIAL** |
| SACRAMENTO RENDERING ) | |
| COMPANY, a California corporation; ) | |
| LOTHAR LEHMANN; MICHAEL ) | Complaint Filed: 04/21/05 |
| PATRICK KOEWLER; and DOES 1 ) | Discovery Cut-off: 06/23/06 |
| through 50, inclusive, ) | Pre-Trial Conf. Date: 10/20/06 |
| ) | Trial Date: 11/27/06 |
| Defendants. ) | |
| _____ ) | |

        IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel of

record on behalf of the parties hereto that the hearing on dispositive motions currently set for

September 6, 2006 is reset to October 4, 2006 at 10:00 a.m.; the final pre-trial conference currently

set for October 20, 2006 is reset to December 1, 2006 at 2:00 p.m.; and the trial date currently set for

November 27, 2006 is reset to February 5, 2007 at 9:00 a.m.

////

1

Stipulation [& Order] to Reset Dates for Hearing on
Dispositive Motion, Final Pre-Trial Conf. & Trial

PDF created with pdfFactory trial version www.pdffactory.com

LAW OFFICES OF JOHNNY L.
GRIFFIN

/s/ Manolo H. Olaso
MANOLO H. OLASO
Attorney for Plaintiff,
LEAH ZAMORA


Dated:  August 18, 2006.

REDIGER, McHUGH & HUBBERT,
LLP

/s/ Laura C. McHugh
LAURA C. McHUGH
Attorneys for Defendant,
 SACRAMENTO RENDERING
 COMPANY, LOTHAR LEHMANN,
 MICHAEL PATRICK KOEWLER


Dated:  August 16, 2006.


IT IS HEREBY ORDERED THAT:

   1.  The hearing on dispositive motions currently set for September 6, 2006 at 10:00 a.m. is reset to October 4, 2006 at 10:00 a.m.;  Plaintiff's opposing brief shall be filed by 4:00 p.m. on September 20, 2006; Defendant's reply brief shall be filed by 4:00 p.m. on September 27, 2006;

   2.  The trial date currently set for November 27, 2006 is reset to February 5, 2007 at 9:00 a.m. and the final pre-trial conference currently set for October 20, 2006 is reset to December 1, 2006 at 2:00 p.m.;

   3.  The parties' joint final pre-trial statement shall be filed by November 22, 2006; and

   4.  Defendants shall serve by electronic filing or facsimile a copy of this Stipulation and Order Resetting Dates for Hearing on Dispositive Motions, Pre-Trial Conference and Trial on counsel for Plaintiff no later than August 31, 2006.

DATED:  8/22/2006

_____
DAVID F. LEVI
United States District Judge

2

Stipulation [& Order] to Reset Dates for Hearing on
Dispositive Motion, Final Pre-Trial Conf. & Trial

PDF created with pdfFactory trial version www.pdffactory.com

3

Stipulation [& Order] to Reset Dates for Hearing on
Dispositive Motion, Final Pre-Trial Conf. & Trial

PDF created with pdfFactory trial version www.pdffactory.com